# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

In the matter of:                                      Case No. 10-35675-DOF

Jeffrey W Lavoie And Susan M Lavoie          Chapter 13 Proceedings

Debtor(s).                                             Judge Daniel Opperman

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| HSBC Bank, NA | 17 | 1 | Unsecured | 834645 | $649.22 |

**Dated:** Monday, March 14, 2016                  /s/Carl L. Bekofske
                                                                     Carl L. Bekofske,
                                                                     Standing Chapter 13 Trustee
                                                                     400 N. Saginaw St., Ste 331
                                                                     Flint, MI 48502
                                                                     Telephone: (810) 238-4675
                                                                     Fax: (810) 238-4712
                                                                     Email: ECF@flint13.com
                                                                     P10645